IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Brenda Northern, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:10-cv-00027 |
| | ) |
| v. | ) Judge Campbell/Brown |
| | ) **Jury Demand** |
| | ) |
| Meharry Medical College, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Currently pending before the Magistrate Judge is Plaintiff's Motion to Voluntarily Dismiss without Prejudice. (Docket Entry 28). Plaintiff states that she has not been able to acquire adequate legal counsel and is not prepared to continue pursuing her claims. Plaintiff also stated that she understood she would have one year from the date of dismissal to continue her case. The undersigned was concerned that Plaintiff did not understand the potential statute of limitations issues in Title VII litigation and therefore issued an Order on October 19, 2010 allowing Plaintiff 14 days to consider whether she wished to withdraw her motion. (Docket Entry 31). Plaintiff did not respond to that Order, and Defendant indicated it had no objection to Plaintiff's motion. (Docket Entry 33). The Magistrate Judge therefore **RECOMMENDS** Plaintiff's Motion be **GRANTED** and this action be **DISMISSED without prejudice**.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from receipt of this Report and Recommendation within which to file with the District Court any written objections to the proposed findings and recommendations made herein. Any

1

party opposing shall have fourteen (14) days from receipt of any objections filed regarding this Report within which to file a response to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation may constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140, *reh'g denied*, 474 U.S. 1111 (1986).

ENTERED this 22nd day of November, 2010.

/S/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge